IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL DEANGELO HODGES,      )
                              )
        Plaintiff,            )
                              )
v.                            )     CASE NO. CV419-181
                              )
CORRECT HEALTH PROVIDER OF    )
CHATHAM COUNTY DETENTION      )
CENTER,                       )
                              )
        Defendant.            )
_____)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this ___19th___ day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DIST. COURT
SAVANNAH DIV.
2019 NOV 19 AM 11: 59
CLERK OF