# United States District Court
## Southern District of Georgia

MICHAEL DEANGELO HODGES,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19CV-181

CORRECT HEALTH PROVIDER OF CHATHAM COUNTY DETENTION CENTER,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order date November 19, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

| November 19, 2019 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *James R. Burrell* |
| | (By) Deputy Clerk |